# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

State v. Williams .................................... CAAP–14– 02/05/2016 Affirmed
0000696

Marn Family Litigation, In re ........................ CAAP–10– 02/26/2016 Affirmed
0000181

Association of Apartment Owners of Century Center,
Inc. ex rel. Bd. of Directors v. Young Jin An ......... CAAP–14– 02/26/2016 Remanded
0000431,
CAAP–15–
0000045

Chung v. Medassets Insource, Inc. ................... CAAP–12– 02/29/2016 Vacated and
0000734 Remanded